UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDY VAN, et al. | Case No. 2:15-cv-01401-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | (Subst Atty – Dkt. #38) |
| ASSET VENTURES, et al., | |
| Defendants. | |

This matter is before the court on the Substitution of Attorney (Dkt. #38) and Errata (Dkt #39) filed December 31, 2015.  Steven C. Devney of Devney Law Firm seeks leave to be substituted in the place and stead of Casey D. Gish of The Law Office of Casey D. Gish for Plaintiffs Sandy Van and Judy Van.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #38) is **APPROVED**.

2. Steven C. Devney of Devney Law Firm is substituted in the place of Casey D. Gish of The Law Office of Casey D. Gish, for Plaintiffs Sandy Van and Judy Van, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 4th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1