UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDY VAN, et al.,<br><br>                             Plaintiffs,<br>v.<br>ASSET VENTURES, LLC, et al.,<br><br>                             Defendants. | Case No. 2:15-cv-01401-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #41) |

This matter is before the court on Plaintiffs' Substitution of Attorney (Dkt. #41) filed February 22, 2016.  Tanya M. Fraser seeks leave to be substituted in the place and stead of Steven C. Devney for Plaintiffs Sandy Van and Judy Van.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #41) is **APPROVED**.
2. Tanya M. Fraser is substituted in the place of Steven C. Devney for Plaintiffs Sandy Van and Judy Van, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 24th day of February, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE