TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
TANYA FRASER LAW
4170 S Decatur Blvd, Ste. B-6
Las Vegas, NV 89103
tanya@fraserlawnevada.com
(702) 608-1551 Telephone
(702) 800-4662 Facsimile
*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SANDY VAN, an individual, and JUDY VAN, an individual,<br><br>Plaintiffs,<br>v.<br>ASSET VENTURES, LLC, a suspended California Limited Liability Company, ANTHONY MARTINEZ, an individual, JBY FINANCIAL, LLC, a Colorado Limited Liability Company, ROBERT M. THOMPSON, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. 15-CV-01401<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 53 |

IT IS HEREBY STIPULATED by and between the Plaintiffs, SANDY VAN and JUDY VAN, by and through their counsel of record, TANYA M. FRASER, ESQ., of TANYA FRASER LAW, and the Defendants, JBY FINANCIAL, LLC, by and through their counsel of record, KIMBERLY A. BRUETSCH, ESQ., of ROBINSON WATERS & O'DORISIO, P.C., and E. DANIEL KIDD, ESQ., of KOLESAR & LETHAM, that JBY FINANCIAL, LLC, be dismissed as Defendants from Case No. 2:15-cv-01401-JAD-PAL with prejudice.

. . .

. . .

. . .

. . .

. . .

IT IS SO STIPULATED.

DATED this  28th   day of June, 2016.

TANYA FRASER LAW

By: /s/ Tanya M. Fraser
Tanya M. Fraser, Esq.
Nevada Bar No. 13872
4170 S. Decatur Blvd. Suite B6
Las Vegas, NV 89103
*Attorney for Plaintiffs*

DATED this  28th   day of June, 2016.

KOLESAR & LETHAM

By: /s/ E. Daniel Kidd
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
400 South Rampart Blvd. Suite 400
Las Vegas, NV 89145
*Attorneys for Defendant JBY Financial, LLC*

DATED this  28th   day of June, 2016.

ROBINSON WATERS & O'DORISIO, P.C.

By: /s/ Kimberly A. Bruetsch
Kimberly A. Bruetsch, Esq.
(*PRO HAC VICE ADMITTED*)
Colorado Bar No. 32838
1099 18th Street Suite 2600
Denver, CO 80202
*Attorneys for Defendant JBY Financial, LLC*

## ORDER

Based on the parties' stipulation [ECF No. 53] and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant JBY Financial, LLC, are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 29, 2016

2